# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 21, 2009

137534

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JAMES WILLIAM VARNER,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137534
COA: 287375
Oakland CC: 2007-214144-FC

On order of the Court, the application for leave to appeal the September 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 21, 2009

s0114

_____
Clerk